Karen Vogel Weil (SBN 145,066)
kweil@kmob.com
Brian C. Horne (SBN 205,621)
bhorne@kmob.com
Jonathan A. Hyman (SBN 212,264)
jhyman@kmob.com
Reza Mirzaie (SBN 246,953)
rmirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff,
JELLY BELLY CANDY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

* DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation, | Civil Action No. 07 5260 |
| Plaintiff, | **JELLY BELLY CANDY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive | |
| Defendants. | |

FILED BY FAX
PURSUANT TO LOCAL RULES

[CERTIFICATION OF INTERESTED ENTITIES OR PERSONS]

Jelly Belly Candy Co. v. Aran Candy, Ltd., et al.

1   Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff Jelly Belly Candy Company certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.   Jelly Belly Candy Company

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 10/15/07          By: /s/ Karen Vogel Weil
Karen Vogel Weil
Brian C. Horne
Jonathan A. Hyman
Reza Mirzaie
Attorneys for Plaintiff,
JELLY BELLY CANDY COMPANY