1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7
8     **NOTICE OF RULE DISCONTINUING SERVICE BY MAIL**
9
10          This is an E-filing case.  Pursuant to Local Rule, the Court will no longer serve any counsel
11    by mail.  If counsel wish to be served with documents generated by the Court, they must register for
12    E-filing pursuant to Local Rule 5-4 and General Order 45.
13          IT IS SO ORDERED.
14
15    Dated: May 30, 2003
16                                                    _____
17                                                    JOSEPH C. SPERO
                                                      United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28