# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED BY FAX PURSUANT TO LOCAL RULES

JELLY BELLY CANDY COMPANY

v.

ARAN CANDY LTD., SWEETSTALL.COM LTD., AND DOES 1 THROUGH 100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 5260

TO: (Name and address of defendant)

ARAN CANDY LTD.
HEXAGON BUILDINGS,
IDA BUSINESS & TECHNOLOGY PARK,
SNUGBOROUGH ROAD,
BLANCHARDSTOWN,
DUBLIN 15

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAREN VOGEL WEIL
BRIAN C. HORNE
JONATHAN A. HYMAN
REZA MIRZAIE
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 AVENUE OF THE STARS, SUITE 1500
LOS ANGELES, CA 90067
PHONE: (310) 551-3450
FAX: (310) 551-3458

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 1 6 2007

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK