**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

October 23, 2007

Karen Vogel
Knobbe, Martens, Olson & Bear
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067

**Re:    JELLY BELLY CANDY COMPANY  v. ARAN CANDY**
       C07-05260 (JCS)

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **November 6, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
      Deputy Clerk

Attachments

1
2
3
4                       UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7   JELLY BELLY CANDY COMPANY,              No.  C 07-05260 JCS
8           Plaintiff(s),                   **CONSENT TO PROCEED BEFORE A
                                            UNITED STATES MAGISTRATE JUDGE**
9       v.
10  ARAN CANDY, ET AL.,
11          Defendant(s).
12  _____/
13
14      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

15          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

16  in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

17  Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

18  final judgment. Appeal from the judgment shall be taken directly to the United States Court of

19  Appeals for the Ninth Circuit

20

21  Dated: _____        _____
                                            Signature
22
23                                          Counsel for _____
                                            (Name or party or indicate "pro se")
24
25
26
27
28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7   JELLY BELLY CANDY COMPANY,                    No.  C 07-05260 JCS
8              Plaintiff(s),
                                                  **DECLINATION TO PROCEED BEFORE**
9        v.                                       **A MAGISTRATE JUDGE**
                                                          **AND**
10  ARAN CANDY, ET AL.,                           **REQUEST FOR REASSIGNMENT TO A**
                                                  **UNITED STATES DISTRICT JUDGE**
11             Defendant(s).
12  _____/
13
14        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15        The undersigned party in the above-captioned civil matter hereby declines to consent to the
16  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
17  requests the reassignment of this case to a United States District Judge.
18
19
20  Dated: _____        _____
21                                         Signature
22                                         Counsel for _____
23                                         (Name or party or indicate "pro se")
24
25
26
27
28

3