UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JELLY BELLY CANDY COMPANY,

    Plaintiff(s),

v.

ARAN CANDY, ET AL.,

    Defendant(s).

No. C 07-05260 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/25/07

Signature: /s/ Karen Vogel Weil

Counsel for JELLY BELLY CANDY COMPANY
(Name or party or indicate "pro se")