# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JELLY BELLY CANDY COMPANY

v.

ARAN CANDY LTD., SWEETSTALL.COM LTD., AND DOES 1 THROUGH 100

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C 07 5260

FILED BY FAX PURSUANT TO LOCAL RULES

TO: (Name and address of defendant)

ARAN CANDY LTD.
HEXAGON BUILDINGS,
IDA BUSINESS & TECHNOLOGY PARK,
SNUGBOROUGH ROAD,
BLANCHARDSTOWN,
DUBLIN 15

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KAREN VOGEL WEIL
BRIAN C. HORNE
JONATHAN A. HYMAN
REZA MIRZAIE
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 AVENUE OF THE STARS, SUITE 1500
LOS ANGELES, CA 90067
PHONE: (310) 551-3450
FAX: (310) 551-3458

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 1 6 2007

Richard W. Wieking   DATE _____
CLERK

_____
(BY) DEPUTY CLERK

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Douglas L. Hendricks                                             , acknowledge receipt of your request
   (DEFENDANT NAME)

that I waive service of summons in the action of  JELLY BELLY CANDY COMPANY v. ARAN CANDY LTD.,
on behalf of Peter Cullen and Sally Rimmington  SWEETSTALL.COM LTD., AND DOES 1-100,
                                                                   (CAPTION OF ACTION)
which is case number  C 07 5260 JCS                                  in the United States District Court
                         (DOCKET NUMBER)
for the Northern District of California.

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after  October 17, 2007,
                                                                              (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

December 10, 2007                          _Douglas L. Hendricks_ (signature)
     (DATE)                                           (SIGNATURE)

                        Printed/Typed Name:  Douglas L. Hendricks

                                                             for ARAN CANDY LTD. and
                        As  Attorney                            SWEETSTALL.COM
                              (TITLE)                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

American LegalNet, Inc.
www.FormsWorkflow.com

sf-2435086