Karen Vogel Weil (SBN 145,066)
kweil@kmob.com
Brian C. Horne (SBN 205,621)
bhorne@kmob.com
Jonathan A. Hyman (SBN 212,264)
jhyman@kmob.com
Reza Mirzaie (SBN 246,953)
rmirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA  90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff,
JELLY BELLY CANDY COMPANY

Douglas L. Hendricks, Esq.
dhendricks@mofo.com
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7037
Fax: (415) 268-7522

Attorneys for Defendants,
ARAN CANDY LTD. and SWEETSTALL.COM LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive<br><br>        Defendants. | Civil Action No. CV 07-05260 MHP<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER THEREON** |

[JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE]

Jelly Belly Candy Co.  v. Aran Candy, Ltd., et al.
Case No. CV 07-05260 MHP

Plaintiff, JELLY BELLY CANDY COMPANY ("Plaintiff"), and Defendants ARAN CANDY LTD. and SWEETSTALL.COM, LTD. ("Defendants"), mutually agree and respectfully request this Court to continue the Case Management Conference currently set for Monday, January 28, 2008 at 4:00 p.m. The parties propose to continue the Case Management Conference to Monday, March 10, 2008 at 4:00 p.m., or as soon thereafter as this Court is available. The reason for this request is that lead counsel for Plaintiff, Karen Vogel Weil, will be in trial in the case captioned *Applied Medical Resources Corporation v. United States Surgical Corporation and Tyco Healthcare Group, LP*, Case No. SACV 03-1267 CJC (MLGx), currently pending in the U.S. District Court for the Central District of California. Trial is set to commence on January 15, 2008 and is expected to last approximately four (4) weeks. Plaintiff's counsel needs sufficient time after the conclusion of that trial to complete the Rule 26(f) conference and prepare the Joint Case Management Conference Statement prior to the Status Conference in this case.

It is further stipulated by and between the parties, through their respective counsel of record, and subject to the approval of this Court, that the time to answer the initial complaint in the above-entitled matter be extended to April 9, 2008. This is the first request for an extension of time. The reason for this request is that the parties are pursuing settlement of this matter, and the requested extension will allow the parties to focus on attempting to resolve their dispute.

**IT IS SO ORDERED.**


Dated: _____    _____
                                                            Honorable Judge Marilyn Hall Patel
                                                            United States District Court

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: December 21, 2007    By: s/Karen Vogel Weil
    Karen Vogel Weil
    kweil@kmob.com
    Attorneys for Plaintiff,
    JELLY BELLY CANDY COMPANY

MORRISON & FOERSTER

Dated: 12/21/2007    By: [signature]
    Douglas L. Hendricks
    dhendricks@mofo.com
    Attorneys for Defendants,
    ARAN CANDY LTD. AND SWEETSTALL.COM LTD.

PROOF OF SERVICE

1     I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On December 21, 2007, I served the within **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER THEREON** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA US MAIL:**    Douglas L. Hendricks, Esq.
dhendricks@mofo.com
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7037
Fax: (415) 268-7522

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 21, 2007 at Irvine, California.

_____
Doreen P. Buluran

4685676
122107

[[JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE]  -3-  Jelly Belly Candy Co. v. Aran Candy, Ltd., et al. Case No. CV 07-05260 MHP