1   Karen Vogel Weil (SBN 145,066)
    kweil@kmob.com
2   Brian C. Horne (SBN 205,621)
    bhorne@kmob.com
3   Jonathan A. Hyman (SBN 212,264)
    jhyman@kmob.com
4   Reza Mirzaie (SBN 246,953)
    rmirzaie@kmob.com
5   KNOBBE, MARTENS, OLSON & BEAR, LLP
    1901 Avenue of the Stars, Suite 1500
6   Los Angeles, CA  90067
    Telephone: (310) 551-3450
7   Facsimile: (310) 551-3458

8   Attorneys for Plaintiff,
    JELLY BELLY CANDY COMPANY
9
    Douglas L. Hendricks, Esq.
10  dhendricks@mofo.com
    MORRISON & FOERSTER
11  425 Market Street
    San Francisco, CA 94105
12  Telephone: (415) 268-7037
    Fax: (415) 268-7522
13
    Attorneys for Defendants,
14  ARAN CANDY LTD. and SWEETSTALL.COM LTD.

15
                IN THE UNITED STATES DISTRICT COURT
16
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

19  JELLY BELLY CANDY COMPANY, a            )   Civil Action No. CV 07-05260 MHP
    California corporation,                 )
20                                          )
                  Plaintiff,                )   **JOINT STIPULATION TO**
21                                          )   **CONTINUE CASE**
            v.                              )   **MANAGEMENT**
22                                          )   **CONFERENCE AND**
    ARAN CANDY LTD., an Irish corporation,  )   **EXTEND TIME TO ANSWER**
23  SWEETSTALL.COM LTD., a British          )   **COMPLAINT AND**
    corporation, and DOES 1 through 100, inclusive )   **[PROPOSED] ORDER**
24                                          )   **THEREON**
                  Defendants.               )
25                                          )
                                            )
26                                          )
                                            )
27  _____ )

28

Plaintiff, JELLY BELLY CANDY COMPANY ("Plaintiff"), and Defendants ARAN CANDY LTD. and SWEETSTALL.COM, LTD. ("Defendants"), mutually agree and respectfully request this Court to continue the Case Management Conference currently set for Monday, January 28, 2008 at 4:00 p.m.    The parties propose to continue the Case Management Conference to Monday, March 10, 2008 at 4:00 p.m., or as soon thereafter as this Court is available.  The reason for this request is that lead counsel for Plaintiff, Karen Vogel Weil, will be in trial in the case captioned *Applied Medical Resources Corporation v. United States Surgical Corporation and Tyco Healthcare Group, LP*, Case No. SACV 03-1267 CJC (MLGx), currently pending in the U.S. District Court for the Central District of California.    Trial is set to commence on January 15, 2008 and is expected to last approximately four (4) weeks.  Plaintiff's counsel needs sufficient time after the conclusion of that trial to complete the Rule 26(f) conference and prepare the Joint Case Management Conference Statement prior to the Status Conference in this case.

It is further stipulated by and between the parties, through their respective counsel of record, and subject to the approval of this Court, that the time to answer the initial complaint in the above-entitled matter be extended to April 9, 2008.  This is the first request for an extension of time.  The reason for this request is that the parties are pursuing settlement of this matter, and the requested extension will allow the parties to focus on attempting to resolve their dispute.

**IT IS SO ORDERED.**

Dated:  12/28/2007 _____



_____ ll Patel

United ... Judge Marilyn H. Patel

1

Respectfully submitted,

2

KNOBBE, MARTENS, OLSON & BEAR, LLP

3

4

Dated: December 21, 2007    By:   s/Karen Vogel Weil

5

Karen Vogel Weil
kweil@kmob.com

6

Attorneys for Plaintiff,
JELLY BELLY CANDY COMPANY

7

8

9

MORRISON & FOERSTER

10

11

12

Dated: 12/21/2007    By: _Douglas L. Hendricks_

13

Douglas L. Hendricks
dhendricks@mofo.com

14

Attorneys for Defendants,
ARAN CANDY LTD. AND SWEETSTALL.COM LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

PROOF OF SERVICE

2      I am a citizen of the United States of America and I am employed in Irvine,

3   California.  I am over the age of 18 and not a party to the within action.  My business address

4   is 2040 Main Street, Fourteenth Floor, Irvine, California.  On December 21, 2007, I served

5   the within **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT**

6   **CONFERENCE AND EXTEND TIME TO ANSWER COMPLAINT AND**

7   **[PROPOSED] ORDER THEREON** on the parties or their counsel shown below, by placing

8   it in a sealed envelope addressed as follows:

9

**VIA US MAIL:**              Douglas L. Hendricks, Esq.
10                             dhendricks@mofo.com
                               MORRISON & FOERSTER
11                             425 Market Street
                               San Francisco, CA 94105
12                             Telephone: (415) 268-7037
                               Fax: (415) 268-7522
13

14      I declare that I am employed in the office of a member of the bar of this Court at

15   whose direction the service was made.

16      Executed on December 21, 2007 at Irvine, California.

17

18                                          _____
                                            Doreen P. Buluran
19

20
     4685676
21   122107

22

23

24

25

26

27

28