1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ELIZABETH O. GILL (CA SBN 218311)
   EGill@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   ARAN CANDY LTD. and SWEETSTALL.COM LTD.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | JELLY BELLY CANDY COMPANY, a California corporation, | Case No.  CV 07-05260 MHP |
13 | | **NOTICE OF APPEARANCE** |
   | Plaintiff, | |
14 | | |
   | v. | |
15 | | |
   | ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive, | |
16 | | |
   | | The Hon. Marilyn H. Patel |
17 | | Complaint filed:    October 16, 2007 |
   | Defendants. | |
18

NOTICE OF APPEARANCE
CASE NO.  CV 07-05260 MHP
sf-2448466

TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of DOUGLAS L. HENDRICKS and ELIZABETH O. GILL of MORRISON & FOERSTER, LLP as counsel of record for and on behalf of Aran Candy Ltd. and Sweetstall.com Ltd. in the above-referenced action. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

>    Douglas L. Hendricks
>    Elizabeth O. Gill
>    Morrison & Foerster LLP
>    425 Market Street
>    San Francisco, CA  94105-2482
>    Telephone:  (415) 268-7000
>    Facsimile:  (415) 268-7522
>    E-mail: DHendricks@mofo.com; EGill@mofo.com

Dated: January 15, 2008

DOUGLAS L. HENDRICKS
ELIZABETH O. GILL
MORRISON & FOERSTER LLP

By:   /s/ Douglas L. Hendricks
      Douglas L. Hendricks
      DHendricks@mofo.com

Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY,
A CALIFORNIA CORPORATION