UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JELLY BELLY CANDY COMPANY

           Plaintiff(s),

    v.

ARAN CANDY LTD and
SWEETSTALL.COM LTD.

           Defendant(s).

CASE NO. CV 07-05260 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   March 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Karen Weil | Plaintiff | (310) 551-3450 | karen.weil@kmob.com |
| Douglas L Hendricks | Defendants | (415) 268-7000 | DHendricks@mofo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/22/08

                              Karen Vogel Weil
                              Attorney for Plaintiff

Dated: 2/22/08

                              Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."