1   DOUGLAS L. HENDRICKS (CA SBN 83611)
    DHendricks@mofo.com
2   ELIZABETH O. GILL (CA SBN 218311)
    EGill@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendants
    ARAN CANDY LTD. and SWEETSTALL.COM LTD.
7

8                        UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  JELLY BELLY CANDY COMPANY, a            Case No.  CV 07-05260 MHP
    California corporation,
13                                          **SWEETSTALL.COM LTD.'S**
                      Plaintiff,            **CERTIFICATION OF**
14                                          **INTERESTED ENTITIES OR**
            v.                              **PERSONS**
15
    ARAN CANDY LTD., an Irish corporation,  **[N.D. CAL. LOCAL RULE 3-16]**
16  SWEETSTALL.COM LTD., a British
    corporation, and DOES 1 through 100, inclusive,   The Hon. Marilyn H. Patel
17
                      Defendants.           Complaint filed:    October 16, 2007
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 3-16, Defendant Sweetstall.com Ltd. ("Sweetstall"), through its

2   counsel, hereby certifies that the following listed persons, associations of persons, firms,

3   partnerships, corporations (including parent corporations) or other entities (i) have a financial

4   interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

5   financial interest in that subject matter or in a party that could be substantially affected by the

6   outcome of this proceeding.  Sweetstall does not have a parent corporation.  The following two

7   persons have an ownership interest in Sweetstall:  Sally Rimmington and Peter Rimmington.

8   Dated: February 26, 2008                    DOUGLAS L. HENDRICKS
                                                 ELIZABETH O. GILL
9                                                MORRISON & FOERSTER LLP

10

11                                               By:    /s/ Douglas L. Hendricks
12                                                      Douglas L. Hendricks
                                                        DHendricks@mofo.com

13                                                      Attorneys for Defendants
                                                        ARAN CANDY LTD. and
14                                                      SWEETSTALL.COM LTD.

15

16

17

18

19

20

21

22

23

24

25

26

27

28