1 | DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
2 | ELIZABETH O. GILL (CA SBN 218311)
EGill@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendants
ARAN CANDY LTD. and SWEETSTALL.COM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 07-05260 MHP<br><br>**ARAN CANDY LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. CAL. LOCAL RULE 3-16]**<br><br>The Hon. Marilyn H. Patel<br><br>Complaint filed:     October 16, 2007 |

ARAN CANDY LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.  CV 07-05260 MHP
sf-2467100

Pursuant to Civil L.R. 3-16, Defendant Aran Candy Ltd. ("Aran"), through its counsel, hereby certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. Aran does not have a parent corporation. The following two persons own more than 5% of Aran's common stock: Peter Cullen and Richard Cullen.

Dated: February 26, 2008

DOUGLAS L. HENDRICKS
ELIZABETH O. GILL
MORRISON & FOERSTER LLP

By:   /s/ Douglas L. Hendricks
Douglas L. Hendricks
DHendricks@mofo.com

Attorneys for Defendants
ARAN CANDY LTD. and
SWEETSTALL.COM LTD.

ARAN CANDY LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. CV 07-05260 MHP
sf-2467100

1