1  Karen Vogel Weil (SBN 145,066)
   kweil@kmob.com
2  Brian C. Horne (SBN 205,621)
   bhorne@kmob.com
3  Jonathan A. Hyman (SBN 212,264)
   jhyman@kmob.com
4  Reza Mirzaie (SBN 246,953)
   rmirzaie@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   1901 Avenue of the Stars, Suite 1500
6  Los Angeles, CA  90067
   Telephone: (310) 551-3450
7  Facsimile: (310) 551-3458

8  Attorneys for Plaintiff,
   JELLY BELLY CANDY COMPANY

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13 | JELLY BELLY CANDY COMPANY, a California corporation, | ) Civil Action No. CV 07-05260 MHP
14 | | )
   | Plaintiff, | ) **JELLY BELLY CANDY COMPANY'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
15 | | )
   | v. | )
16 | | )
   | ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive | )
17 | | )
18 | | )
   | Defendants. | )
19 | | )

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Plaintiff Jelly Belly Candy Company certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  The following individuals have an ownership interest in Plaintiff Jelly Belly Candy Company:

1. Lisa Brasher
2. Becky Joffer
3. Christopher Rowland
4. Herman Rowland, Sr.
5. Herman Rowland, Jr.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  February 27, 2008         By:   /s/Karen Vogel Weil
                                        Karen Vogel Weil
                                        Brian C. Horne
                                        Jonathan A. Hyman
                                        Reza Mirzaie
                                  Attorneys for Plaintiff,
                                  JELLY BELLY CANDY COMPANY

4938265
022608