**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 12, 2008

Case No.   C 07-5260  MHP             Judge: MARILYN H. PATEL

Title: JELLY BELLY CANDY COMPANY -v- ARAN CANDY LTD et al

Attorneys:  Plf: Karen Vogel Weil
            Dft: Douglas Hendricks, Elizabeth Gill

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel stipulate to private mediation, to be completed within the next 60-90 days; Time to file responsive pleading extended to further Case Management Conference date;

Further Case Management Conference set for 6/9/2008 at 3:00 pm, with a joint supplemental statement to be filed one week prior.