KAREN VOGEL WEIL
Karen.Weil@kmob.com
BRIAN C. HORNE
Brian.Horn@kmob.com
JONATHAN A. HYMAN
Jonathan.Hyman@kmob.com
REZA MIRZAIE
Reza.Mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, California  90067
Telephone:  (310) 551-3450
Facsimile:  (310) 551-3458
Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
CATHARINE B. BAKER (CA SBN 210011)
CBaker@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendants
ARAN CANDY LTD. and SWEETSTALL.COM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  CV 07-05260 MHP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINES FOR FILING CASE MANAGEMENT STATEMENT AND ANSWER TO COMPLAINT, AND [PROPOSED] ORDER THEREON**<br><br>The Hon. Marilyn H. Patel<br><br>Complaint Filed:  October 16, 2007 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO.  CV 07-05260 MHP
sf-2520591

Plaintiff Jelly Belly Candy Company and Defendants Aran Candy Ltd. and Sweetstall.com Ltd. (the "Parties") are engaged in ongoing mediation before Hon. Edward A. Infante (Ret.) of JAMS in an effort to reach a settlement agreement. Pursuant to the Court's March 13, 2008 Order, the Case Management Conference in this action is currently set for June 9, 2008, at 3:00 p.m., with the Parties' Joint Supplemental Case Management Statement due June 2, 2008. Also pursuant to the Court's March 13 Order, Defendants' Answer to the Complaint is due June 9, 2008. Given the ongoing mediation before Judge Infante, the Parties, through their undersigned counsel, stipulate to continue the Case Management Conference to July 14, 2008, at 4:00 p.m., or such other time as the Court sets that day, with the Parties' Joint Case Management Statement to be filed no later than July 7, 2008. Pursuant to Northern District Local Rule 6-1(a), the Parties further stipulate to extend the time in which Defendants may file an Answer to the Complaint filed by Plaintiff on October 16, 2007, from June 9, 2008, to and including July 14, 2008. The stipulated extension does not affect any other dates currently set by the Court.

Dated: May 23, 2008

DOUGLAS L. HENDRICKS
CATHARINE B. BAKER
MORRISON & FOERSTER LLP

By:   /s/ Douglas L. Hendricks
      Douglas L. Hendricks

Attorneys for Defendants
ARAN CANDY LTD. and
SWEETSTALL.COM LTD.

Dated: May 23, 2008

KAREN VOGEL WEIL
BRIAN C. HORNE
JONATHAN A. HYMAN
REZA MIRZAIE
KNOBBE, MARTENS, OLSON & BEAR LLP

By:   /s/ Karen Vogel Weil
      Karen Vogel Weil

Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2008          _____
                                    The Honorable Marilyn Hall Patel
                                    United States District Court Judge

GENERAL ORDER 45 ATTESTATION

I, Douglas L Hendricks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Case Management Conference and Deadlines for Filing the Case Management Statement and Response to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Karen Vogel Weil has concurred in this filing.  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  May 23, 2008                                        MORRISON & FOERSTER LLP


                                                                    By: /s/ Douglas L. Hendricks
                                                                          Douglas L. Hendricks