1  KAREN VOGEL WEIL
   Karen.Weil@kmob.com
2  BRIAN C. HORNE
   Brian.Horn@kmob.com
3  JONATHAN A. HYMAN
   Jonathan.Hyman@kmob.com
4  REZA MIRZAIE
   Reza.Mirzaie@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR LLP
   1901 Avenue of the Stars, Suite 1500
6  Los Angeles, California  90067
   Telephone:  (310) 551-3450
7  Facsimile:  (310) 551-3458
   Attorneys for Plaintiff
8  JELLY BELLY CANDY COMPANY

9
   DOUGLAS L. HENDRICKS (CA SBN 83611)
10 DHendricks@mofo.com
   CATHARINE B. BAKER (CA SBN 210011)
11 CBaker@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California  94105-2482
13 Telephone: 415.268.7000
   Facsimile: 415.268.7522
14 Attorneys for Defendants
   ARAN CANDY LTD. and SWEETSTALL.COM LTD.
15
16              UNITED STATES DISTRICT COURT
17              NORTHERN DISTRICT OF CALIFORNIA
18              SAN FRANCISCO DIVISION

19 | JELLY BELLY CANDY COMPANY, a California corporation, | Case No.  CV 07-05260 MHP
20 |  |
21 | Plaintiff, |
   |  | **STIPULATION TO CONTINUE CASE MANAGEMENT**
22 | v. | **CONFERENCE AND DEADLINES FOR FILING CASE MANAGEMENT**
23 |  | **STATEMENT AND ANSWER TO COMPLAINT, AND** [PROPOSED]
24 | ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British | **ORDER THEREON**
25 | corporation, and DOES 1 through 100, inclusive, | The Hon. Marilyn H. Patel
26 | Defendants. | Complaint Filed:  October 16, 2007
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO.  CV 07-05260 MHP
sf-2520591

1  Plaintiff Jelly Belly Candy Company and Defendants Aran Candy Ltd. and
2  Sweetstall.com Ltd. (the "Parties") are engaged in ongoing mediation before Hon. Edward A.
3  Infante (Ret.) of JAMS in an effort to reach a settlement agreement.  Pursuant to the Court's
4  March 13, 2008 Order, the Case Management Conference in this action is currently set for June 9,
5  2008, at 3:00 p.m., with the Parties' Joint Supplemental Case Management Statement due June 2,
6  2008.  Also pursuant to the Court's March 13 Order, Defendants' Answer to the Complaint is due
7  June 9, 2008.  Given the ongoing mediation before Judge Infante, the Parties, through their
8  undersigned counsel, stipulate to continue the Case Management Conference to July 14, 2008, at
9  4:00 p.m., or such other time as the Court sets that day, with the Parties' Joint Case Management
10 Statement to be filed no later than July 7, 2008.  Pursuant to Northern District Local Rule 6-1(a),
11 the Parties further stipulate to extend the time in which Defendants may file an Answer to the
12 Complaint filed by Plaintiff on October 16, 2007, from June 9, 2008, to and including July 14,
13 2008.  The stipulated extension does not affect any other dates currently set by the Court.

14 Dated: May 23, 2008          DOUGLAS L. HENDRICKS
                                CATHARINE B. BAKER
15                              MORRISON & FOERSTER LLP

16                              By:    /s/ Douglas L. Hendricks
                                       Douglas L. Hendricks
17

18                              Attorneys for Defendants
                                ARAN CANDY LTD. and
                                SWEETSTALL.COM LTD.
19

20 Dated: May 23, 2008          KAREN VOGEL WEIL
                                BRIAN C. HORNE
21                              JONATHAN A. HYMAN
                                REZA MIRZAIE
22                              KNOBBE, MARTENS, OLSON & BEAR LLP

23                              By:    /s/ Karen Vogel Weil
                                       Karen Vogel Weil
24

25                              Attorneys for Plaintiff
                                JELLY BELLY CANDY CO.

26 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

27 Dated: _May 27_____, 2008
                                       The Hon. Judge Marilyn H. Patel
28                                     United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES        1
CASE NO.  CV 07-05260 MHP
sf-2520591

*IT IS SO ORDERED — Judge Marilyn H. Patel*

## GENERAL ORDER 45 ATTESTATION

I, Douglas L Hendricks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Case Management Conference and Deadlines for Filing the Case Management Statement and Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Karen Vogel Weil has concurred in this filing. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: May 23, 2008                MORRISON & FOERSTER LLP

                                   By: /s/ Douglas L. Hendricks
                                       Douglas L. Hendricks