KAREN VOGEL WEIL
Karen.Weil@kmob.com
BRIAN C. HORNE
Brian.Horn@kmob.com
JONATHAN A. HYMAN
Jonathan.Hyman@kmob.com
REZA MIRZAIE
Reza.Mirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, California 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458
Attorneys for Plaintiff
JELLY BELLY CANDY COMPANY

DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
CATHARINE B. BAKER (CA SBN 210011)
CBaker@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Attorneys for Defendants
ARAN CANDY LTD. and SWEETSTALL.COM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. CV 07-05260 MHP<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINES FOR FILING CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER THEREON**<br><br>The Hon. Marilyn H. Patel<br><br>Complaint Filed: October 16, 2007 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO. CV 07-05260 MHP
sf-2542189

1    Pursuant to the Court's May 27, 2008 Order, the Case Management Conference in this
2 action is currently set for July 14, 2008, at 4:00 p.m., with a Supplemental Joint Case
3 Management Statement due July 7, 2008. Plaintiff Jelly Belly Candy Company and Defendants
4 (the "Parties") are engaged in ongoing settlement negotiations, and to facilitate the continuation
5 of those discussions, the Parties request a continuance of the Case Management Conference to
6 August 25, 2008, at 4:00 p.m., or such other time as the Court sets that day, with the Parties' Joint
7 Supplemental Case Management Statement to be filed no later than August 18, 2008. The Case
8 Management Conference has previously been extended by stipulation and order from June 9,
9 2008 to July 14, 2008. The stipulated extension does not affect any other dates currently set by
10 the Court.

11 Dated: July 7, 2008           DOUGLAS L. HENDRICKS
                                 CATHARINE B. BAKER
12                               MORRISON & FOERSTER LLP

13                               By:    /s/ Douglas L. Hendricks
                                        Douglas L. Hendricks
14
                                        Attorneys for Defendants
15                                      ARAN CANDY LTD. and
                                        SWEETSTALL.COM LTD.
16

17 Dated: July 7, 2008           KAREN VOGEL WEIL
                                 BRIAN C. HORNE
18                               JONATHAN A. HYMAN
                                 REZA MIRZAIE
19                               KNOBBE, MARTENS, OLSON & BEAR LLP

20                               By:    /s/ Karen Vogel Weil
                                        Karen Vogel Weil
21
                                        Attorneys for Plaintiff
22                                      JELLY BELLY CANDY COMPANY

23
   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.
24
   Dated: _____, 2008           _____
25                                      The Honorable Marilyn Hall Patel
                                        United States District Court Judge
26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES        1
CASE NO. CV 07-05260 MHP
sf-2542189

<u>GENERAL ORDER 45 ATTESTATION</u>

I, Douglas L Hendricks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Case Management Conference and Deadlines for Filing the Case Management Statement and Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Karen Vogel Weil has concurred in this filing.

Dated: July 7, 2008                           MORRISON & FOERSTER LLP


                                              By: /s/ Douglas L. Hendricks
                                                   Douglas L. Hendricks