1  KAREN VOGEL WEIL
   Karen.Weil@kmob.com
2  BRIAN C. HORNE
   Brian.Horn@kmob.com
3  JONATHAN A. HYMAN
   Jonathan.Hyman@kmob.com
4  REZA MIRZAIE
   Reza.Mirzaie@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR LLP
   1901 Avenue of the Stars, Suite 1500
6  Los Angeles, California  90067
   Telephone:  (310) 551-3450
7  Facsimile:  (310) 551-3458
   Attorneys for Plaintiff
8  JELLY BELLY CANDY COMPANY

9

   DOUGLAS L. HENDRICKS (CA SBN 83611)
10 DHendricks@mofo.com
   CATHARINE B. BAKER (CA SBN 210011)
11 CBaker@mofo.com
   MORRISON & FOERSTER LLP
12 425 Market Street
   San Francisco, California  94105-2482
13 Telephone: 415.268.7000
   Facsimile: 415.268.7522
14 Attorneys for Defendants
   ARAN CANDY LTD. and SWEETSTALL.COM LTD.
15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 19  JELLY BELLY CANDY COMPANY, a California corporation, | Case No.  CV 07-05260 MHP |
| 20 | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEADLINES FOR FILING CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER THEREON** |
| 21                     Plaintiff, | |
| 22        v. | |
| 23 | |
| 24  ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British | The Hon. Marilyn H. Patel |
| 25  corporation, and DOES 1 through 100, inclusive, | Complaint Filed:  October 16, 2007 |
| 26                     Defendants. | |

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
CASE NO.  CV 07-05260 MHP
sf-2542189

1  Pursuant to the Court's May 27, 2008 Order, the Case Management Conference in this
2  action is currently set for July 14, 2008, at 4:00 p.m., with a Supplemental Joint Case
3  Management Statement due July 7, 2008.  Plaintiff Jelly Belly Candy Company and Defendants
4  (the "Parties") are engaged in ongoing settlement negotiations, and to facilitate the continuation
5  of those discussions, the Parties request a continuance of the Case Management Conference to
6  August 25, 2008, at 4:00 p.m., or such other time as the Court sets that day, with the Parties' Joint
7  Supplemental Case Management Statement to be filed no later than August 18, 2008.  The Case
8  Management Conference has previously been extended by stipulation and order from June 9,
9  2008 to July 14, 2008.  The stipulated extension does not affect any other dates currently set by
10 the Court.

11 Dated: July 7, 2008                   DOUGLAS L. HENDRICKS
                                         CATHARINE B. BAKER
12                                       MORRISON & FOERSTER LLP

13                                       By:    /s/ Douglas L. Hendricks
                                                Douglas L. Hendricks
14
                                         Attorneys for Defendants
15                                       ARAN CANDY LTD. and
                                         SWEETSTALL.COM LTD.
16

17 Dated: July 7, 2008                   KAREN VOGEL WEIL
                                         BRIAN C. HORNE
18                                       JONATHAN A. HYMAN
                                         REZA MIRZAIE
19                                       KNOBBE, MARTENS, OLSON & BEAR LLP

20                                       By:    /s/ Karen Vogel Weil
                                                Karen Vogel Weil
21
                                         Attorneys for Plaintiff
22                                       JELLY BELLY CANDY COMPANY

23
**PURSUANT TO STIPULATION, IT IS SO ORDERED**.
24
   Dated: __July 8_____, 2008
25
                                         _____
26                                       The Honorable M_____
                                         United _____
27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES                1
CASE NO.  CV 07-05260 MHP
sf-2542189

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

GENERAL ORDER 45 ATTESTATION

I, Douglas L Hendricks, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing the Case Management Conference and Deadlines for Filing the Case Management Statement and Response to Complaint. In compliance with General Order 45, X.B., I hereby attest that Karen Vogel Weil has concurred in this filing.

Dated: July 7, 2008                    MORRISON & FOERSTER LLP


                                       By: /s/ Douglas L. Hendricks
                                           Douglas L. Hendricks