1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  CATHARINE B. BAKER (CA SBN 210011)
   CBaker@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendants
   ARAN CANDY LTD. and SWEETSTALL.COM LTD.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  JELLY BELLY CANDY COMPANY, a          Case No.  CV 07-05260 MHP
    California corporation,
13                                        **NOTICE OF WITHDRAWAL
                    Plaintiff,            AND APPEARANCE OF NEW
14                                        COUNSEL**
        v.
15

16  ARAN CANDY LTD., an Irish corporation,   The Hon. Marilyn H. Patel
    SWEETSTALL.COM LTD., a British
17  corporation, and DOES 1 through 100, inclusive,   Complaint filed:   October 16, 2007

18                  Defendants.

NOTICE OF WITHDRAWAL AND NEW APPEARANCE
Case No.  CV 07-05260 MHP
sf-2543646

1   TO ALL COUNSEL OF RECORD and the CLERK OF THE COURT:

2   PLEASE TAKE NOTICE that ELIZABETH O. GILL, counsel of record on behalf of

3   Defendants Aran Candy Ltd. and Sweetstall.com Ltd. in the above-entitled action, has left the

4   firm of Morrison & Foerster LLP and will no longer serve as counsel of record in this matter.

5   Request is hereby made that she be removed from electronic notification in this matter.

6   PLEASE TAKE FURTHER NOTICE that CATHARINE B. BAKER of Morrison &

7   Foerster LLP, hereby joins DOUGLAS L. HENDRICKS of Morrison & Foerster LLP as counsel

8   of record for and on behalf of Defendants in the above-referenced action.  CATHARINE B.

9   BAKER is licensed to practice law in the State of California, is a member in good standing of the

10  California State Bar, and is admitted to practice before the United States District Court for the

11  Northern District of California.

12  Copies of all pleadings, notices, and correspondence pertaining to the above-entitled

13  matter should be forwarded to counsel at the following address:

                Douglas L. Hendricks
                Catharine B. Baker
                Morrison & Foerster LLP
                425 Market Street
                San Francisco, CA  94105-2482
                Telephone:  (415) 268-7000
                Facsimile:  (415) 268-7522
                E-mail: DHendricks@mofo.com; CBaker@mofo.com

19  Dated: July 9, 2008                    DOUGLAS L. HENDRICKS
                                           CATHARINE B. BAKER
                                           MORRISON & FOERSTER LLP

                                     By:   /s/ Douglas L. Hendricks
                                           Douglas L. Hendricks
                                           DHendricks@mofo.com

                                           Attorneys for Plaintiff
                                           JELLY BELLY CANDY COMPANY,
                                           A CALIFORNIA CORPORATION

NOTICE OF WITHDRAWAL AND NEW APPEARANCE
Case No.  CV 07-05260 MHP
sf-2543646