**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   C 07-5260  MHP                 Judge: MARILYN H. PATEL

Title: JELLY BELLY CANDY COMPANY -v- ARAN CANDY LTD et al

Attorneys:  Plf: Karen Vogel Weil
            Dft: Douglas Hendricks,

Deputy Clerk:  Anthony Bowser  Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying complaint; Matter referred to a Magistrate Judge
for a settlement conference, to be completed within the next 60 days; Discovery limited to Briefing
schedules as follows:

    Motions for summary judgment to be filed by 11/24/2008;
    Oppositions/Rule 27 request to be filed by 12/22/2008;
    Replies to be by 1/16/2009;