**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**AMENDED CIVIL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   C 07-5260  MHP            Judge: MARILYN H. PATEL

Title: JELLY BELLY CANDY COMPANY -v- ARAN CANDY LTD et al

Attorneys:  Plf: Karen Vogel Weil
            Dft: Douglas Hendricks,

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Further Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying complaint; Matter referred to a Magistrate Judge Wayne Brazil for a settlement conference, to be completed within the next 60 days; Discovery limited to Briefing schedules as follows:

   Motions for summary judgment to be filed by 11/24/2008;
   Oppositions/Rule 27 request to be filed by 12/22/2008;
   Replies to be by 1/16/2009;