Karen Vogel Weil (SBN 145,066)
kweil@kmob.com
Jonathan A. Hyman (SBN 212,264)
jhyman@kmob.com
Reza Mirzaie (SBN 246,953)
rmirzaie@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1901 Avenue of the Stars, Suite 1500
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Plaintiff,
JELLY BELLY CANDY COMPANY

Douglas L. Hendricks (SBN 83,611)
DHendricks@mofo.com
Catharine B. Baker (SBN 210,011)
CBaker@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
ARAN CANDY LTD. and SWEETSTALL.COM LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JELLY BELLY CANDY COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARAN CANDY LTD., an Irish corporation, SWEETSTALL.COM LTD., a British corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | Civil Action No. CV 07-05260 MHP<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii); [PROPOSED] ORDER THEREON**<br><br>Hon. Marilyn H. Patel |

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jelly
2  Belly Candy Company and Defendants Aran Candy Ltd. and Sweestall.com Ltd., by and
3  through their respective counsel of record, and subject to the approval of this Court, hereby
4  stipulate that:
5     1.  The above-captioned action, including all causes of action be dismissed with
6  prejudice;
7     2.  The parties shall bear their own costs and expenses, including attorneys' fees.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 11/3/08          By: /s/ Karen Vogel Weil
                              Karen Vogel Weil
                              Jonathan A. Hyman
                              Reza Mirzaie
                        Attorneys for Plaintiff,
                        JELLY BELLY CANDY COMPANY

MORRISON & FOERSTER LLP

Dated: Nov. 3, 2008     By: /s/ Catharine B. Baker
                              Douglas L. Hendricks
                              Catharine B. Baker
                        Attorneys for Defendants,
                        ARAN CANDY LTD., AND SWEETSTALL.COM LTD.

IT IS SO ORDERED,

Dated: 11/24/2008       _____
                        HONORABLE
                        UNITED STATES
                        
IT IS SO ORDERED
Judge Marilyn H. Patel

4953238

[STIPULATED DISMISSAL WITH PREJUDICE]    -2-    Jelly Belly Candy Co. v. Aran Candy, Ltd., et al.
                                                CV 07-05260 MHP